# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of CALMAT CO., a Delaware corporation, dba VULCAN MATERIALS COMPANY—WESTERN DIVISION,<br><br>        Plaintiff,<br><br>v.<br><br>KAD PAVING COMPANY, a California corporation; DONALD J. WHEELER, JR., an individual; HUGO ALONSO, INC., A California corporation; HUDSON INSURANCE COMPANY, Delaware corporation,<br><br>        Defendants. | Case No.: 14-CV-0677-SKO<br><br>**ORDER**<br><br>Judge:    Hon. Sheila K. Oberto<br>Courtroom:    7<br><br>Complaint Filed:    May 7, 2014 |

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that the time for the defendants, Hugo Alonso, Inc. and Hudson Insurance Company to answer or otherwise respond to the complaint in the above matter is hereby extended for a period of fifteen (15) days, to and including June 20, 2014.

IT IS SO ORDERED.

Dated:   **June 9, 2014**                    **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE