# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES of AMERICA, for the Use and Benefit of CALMAT COMPANY dba VULCAN MATERIALS COMPANY – WESTERN DIVISION,<br><br>Plaintiff.<br><br>v.<br><br>KAD PAVING COMPANY, DONALD J. WHEELER, JR., HUGO ALONSO, INC., and HUDSON INSURANCE COMPANY,<br><br>Defendants. | Case No.  1:14-cv-0677---SKO<br><br>**ORDER AFTER SETTLEMENT** |

On July 3, 2014, Plaintiff CalMat Co. ("Plaintiff") filed a Notice of Settlement indicating the parties in this matter have reached a settlement which will effectuate the dismissal of all claims in this matter. (Doc. 16.) Plaintiff indicated that once settlement funds have cleared, the entire action will be dismissed.

1

Accordingly, pursuant to Local Rule 160 of the United States District Court, Eastern District of California, the Court ORDERS the parties, **by no later than July 24, 2014,** to file appropriate pleadings to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

The Court VACATES all pending matters and dates. The parties are cautioned that a failure to comply with this order may be grounds for the imposition of sanctions on counsel or any party who violate this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **July 7, 2014**                          /s/ Sheila K. Oberto
                                                                     UNITED STATES MAGISTRATE JUDGE